UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

MBABJB INVESTMENTS, LLC and
SP VENTURES GROUP LLC,
    Defendants.

Case No: 23-cv-00405-WWB-RMN

## **NOTICE OF SETTLEMENT**

Plaintiff hereby notifies the Court that the Parties have reached a settlement. The Parties have finalized their settlement documents and will be filing the appropriate dismissal documents.

    Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 800-0405
WassenbergL@gmail.com