**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RUDOLPH BETANCOURT,

        Plaintiff,

v.                                                                    Case No.: 6:23-cv-405-WWB-RMN

MBABJB INVESTMENTS, LLC and SP
VENTURES GROUP LLC,

        Defendants.

_____

**ORDER**

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled.  (Doc. 20 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on July 28, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record